# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE F. ALVARADO,<br><br>                              Plaintiff,<br><br>v.<br><br>SERVICE KING PAINT & BODY, LLC<br>(dba SERVICE KING COLLISION<br>REPAIR CENTERS),<br><br>                              Defendant. | Case No.:  20-CV-1485 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

Pending before the Court is a joint motion to dismiss this action with prejudice pursuant to the parties' settlement agreement.  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 16] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  January 12, 2021

_____
Hon. Thomas J. Whelan
United States District Judge